BEFORE THE THIRD DIVISION, DECEMBER 20, 1961

**No. 66304.**—Werner Strauss & Co. and Arthur J. Fritz & Co. v. United States, protest 61/4792 (San Francisco).

Opinion by RICHARDSON, J.   The protest was dismissed.

BEFORE THE FIRST DIVISION, DECEMBER 21, 1961

**No. 66305.**—Ross Products, Inc. v. United States, protests 61/3854 and 60/30116 (New York).

Opinion by OLIVER, C.J.   In accordance with stipulation of counsel that the merchandise consists of metal birds similar in all material respects to those the subject of Abstract 65633, the claim of the plaintiff was sustained.

**No. 66306.**—Aimcee Wholesale Corp. and W. J. Byrnes & Co. of N.Y., Inc., et al. v. United States, protests 60/2870, etc. (New York).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the merchandise consists of valances similar in all material respects to those the subject of *D. N. & E. Walter & Co. et al.* v. *United States* (43 Cust. Ct. 26, C.D. 2098), the claim of the plaintiffs was sustained.